**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. BOYD–WELSH, Inc.**

No. 14551.

United States Court of Appeals
Eighth Circuit.

March 5, 1952.

David P. Findling, Associate General Counsel, National Labor Relations Board, and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D.C., for petitioner.

Martin, Peper & Martin, St. Louis, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on stipulation filed with Board, and petition for enforcement.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. E. B. SEWALL MAN-UFACTURING COMPANY.**

No. 14555.

United States Court of Appeals
Eighth Circuit.

March 7, 1952.

David P. Findling, Associate General Counsel, National Labor Relations Board, and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D.C., for petitioner.

Francis X. Helgesen, St. Paul, Minn., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition of Labor Board for summary entry of decree.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. LOCAL 90, BOOT AND SHOE WORKERS UNION, A. F. L.**

No. 14552.

United States Court of Appeals
Eighth Circuit.

March 5, 1952.

David P. Findling, Associate General Counsel, National Labor Relations Board, and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D.C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on stipulation filed with Board, and petition for enforcement.

**STATE OF CALIFORNIA, California Poly-technic School and California State Board of Equalization, Appellants, v. UNITED STATES of America, Appellee.**

No. 13018.

United States Court of Appeals
Ninth Circuit.

April 11, 1952.

Rehearing Denied May 17, 1952.

Edmund G. Brown, Atty. Gen., James E. Sabine, Deputy Atty. Gen., Edward Sumner, Deputy Atty. Gen., State of California, for appellants.

Ellis N. Slack, Acting Asst. Atty. Gen., A. F. Prescott, Fred E. Youngman, Louise Foster, Sp. Assts. to Atty. Gen., Walter S. Binns, U. S. Atty., E. H. Mitchell, Edward R. McHale, Asst. U. S. Attys., all of Los Angeles, Cal., for appellee.

Before MATHEWS and ORR, Circuit Judges, and YANKWICH, District Judge.

PER CURIAM.

On the grounds and for the reasons stated in its opinion, United States v. Graham, D.C.S.D.Cal., 96 F.Supp. 318, the judgment of the District Court is affirmed.